IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

MAY 0 3 2018

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>CHRISTOPHER L. STROUPE,<br>TOMMI J. GUY f/k/a TOMMIE J.<br>STROUPE, COLLECTION BUREAU<br>SERVICES, INC., and FLATHEAD<br>COUNTY, a political subdivision of<br>the State of Montana,<br><br>      Defendants. | CV 18–02–M–DLC<br><br><br>ORDER |

Pursuant to Motion by the United States and finding good cause appearing,

IT IS ORDERED that the Motion (Doc. 18) is GRANTED. The Complaint

filed in the above caption matter is DISMISSED WITHOUT PREJUDICE.

DATED this 3ʳᵈ day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court